CALDWELL LESLIE & PROCTOR, PC
ANDREW ESBENSHADE, State Bar No. 202301
esbenshade@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Charles E. Tompkins (*pro hac vice* application pending)
ctompkins@shulaw.com
Todd S. Heyman (*pro hac vice* application pending)
theyman@shulaw.com
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134

*Attorneys for Plaintiff and the Proposed Classes*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RDA Construction Corp., on Behalf of Itself and all Others Similarly Situated,<br>Plaintiff,<br><br>vs.<br><br>TRELLEBORG AB; VIRGINIA HARBOR SERVICES, INC. D/B/A SEAWARD; SEAWARD INTERNATIONAL INC.; SEAWARD HOLDINGS, INC.; FENTEK MARINE SYSTEMS GMBH; URETHANE PRODUCTS CORPORATION; MARINE FENDERS INTERNATIONAL, INC.; | **CV 10-03360**<br><br>Civil Action No.:<br><br>**RDA CONSTRUCTION CORP.'S NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |

| | |
|---|---|
| 1  | WATERMAN SUPPLY COMPANY, ) |
| 2  | INC.; NEXTWAVE MARINE LLC; ) |
|    | PLASTIC PILINGS, INC.; ) |
| 3  | MARITIME INTERNATIONAL, ) |
| 4  | INC.; FRANK MARCH; ROBERT B. ) |
|    | TAYLOR; DONALD MURRAY; ) |
| 5  | PETER NILSSON; WILLIAM ALAN ) |
| 6  | POTTS; GERALD THERMOS; ) |
| 7  | SEYMOUR WATERMAN; ANDREW ) |
|    | BARMAKIAN; JOHN DEATS; ) |
| 8  | TOMAS CRAWAACK; PROMAR ) |
| 9  | (A.K.A. PROMAR LLC OR PROMAR ) |
|    | CORP.); FENDERCARE MARINE ) |
| 10 | SOLUTIONS; JAMES FISHER PLC; ) |
| 11 | THE YOKOHAMA RUBBER ) |
| 12 | COMPANY, LTD.; BRIDGESTONE ) |
|    | CORPORATION; BRIDGESTONE ) |
| 13 | INDUSTRIAL PRODUCTS ) |
| 14 | AMERICA, INC.; and SUMITOMO ) |
|    | RUBBER INDUSTRIES, LTD., ) |
| 15 | Defendants. ) |
| 16 | _____ ) |

      Pursuant to Local Rule 83-1.3.1, Plaintiffs submit this Notice of Related Cases.

      This action is related to the following qui tam action filed by Douglas Farrow on May 9, 2005, in the Central District of California captioned *United States of America ex rel Douglas Farrow, et al. v. Trelleborg, AB et al.* (Case No. CV-05-00381-GW (SGLx). The Fifth Amended Complaint was unsealed by the Court on February 19, 2010. Plaintiffs in the Qui Tam Action allege anti-competitive conduct that is substantially similar to the conduct at issue in this case and involve mane of

the same parties and co-conspirators. The Qui Tam Action arises from the same or closely related transactions, conducts or events; calls for the determination of similar questions of law and fact; and would entail duplication of judicial time and resources if heard by different judges.

Dated: May 5, 2010

Respectfully submitted,

*/s/ Andrew Esbenshade* for
Andrew Esbenshade
CALDWELL LESLIE & PROCTOR, PC
1000 Wilshire Blvd., Ste. 600
Los Angeles, CA 90017
Tel: (213) 629-9040

Charles E. Tompkins
ctompkins@shulaw.com
Todd S. Heyman
theyman@shulaw.com
**SHAPIRO HABER & URMY LLP**
53 State Street
Boston, MA 02109
Tel: (617) 439-3939
Fax: (617) 439-0134

Paul Holtzman
pholtzman@kb-law.com
**KROKIDAS & BLUESTEIN LLP**
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 482-7211
Fax: (617) 482-7212

*Attorneys for Plaintiff and the Proposed Classes*