
1  CALDWELL LESLIE & PROCTOR, PC
   ANDREW ESBENSHADE, State Bar No. 202301
2    esbenshade@caldwell-leslie.com
   1000 Wilshire Boulevard, Suite 600
3  Los Angeles, California  90017-2463
   Telephone: (213) 629-9040
4  Facsimile: (213) 629-9022

5  Charles E. Tompkins (*pro hac vice* application pending)
   ctompkins@shulaw.com
6  Todd S. Heyman (*pro hac vice* application pending)
   theyman@shulaw.com
7  SHAPIRO HABER & URMY LLP
   53 State Street
8  Boston, MA 02109
   Tel: (617) 439-3939
9  Fax: (617) 439-0134

10 *Attorneys for Plaintiff and the Proposed Classes*

11

12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| RDA Construction Corp., on Behalf of Itself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRELLEBORG AB; VIRGINIA HARBOR SERVICES, INC. D/B/A SEAWARD; SEAWARD INTERNATIONAL INC.; SEAWARD HOLDINGS, INC.; FENTEK MARINE SYSTEMS GMBH; URETHANE PRODUCTS CORPORATION; MARINE FENDERS INTERNATIONAL, INC.; WATERMAN SUPPLY COMPANY, INC.; NEXTWAVE MARINE LLC; PLASTIC PILINGS, INC.; MARITIME INTERNATIONAL, INC.; FRANK | Civil Action No.: CV 10-03360-RGK (SSx)<br><br>**RDA CONSTRUCTION CORP.'S AMENDED NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3.1** |

| | |
|---|---|
| 1 | MARCH; ROBERT B. TAYLOR; DONALD MURRAY; PETER NILSSON; WILLIAM ALAN POTTS; GERALD THERMOS; SEYMOUR WATERMAN; ANDREW BARMAKIAN; JOHN DEATS; TOMAS CRAWAACK; PROMAR (A.K.A. PROMAR LLC OR PROMAR CORP.); FENDERCARE MARINE SOLUTIONS; JAMES FISHER PLC; THE YOKOHAMA RUBBER COMPANY, LTD.; BRIDGESTONE CORPORATION; BRIDGESTONE INDUSTRIAL PRODUCTS AMERICA, INC.; and SUMITOMO RUBBER INDUSTRIES, LTD., |

Defendants.

Pursuant to Local Rule 83-1.3.1, Plaintiff RDA Construction Corp. submits this Amended Notice of Related Cases.

This action is related to the following qui tam action filed by Douglas Farrow on May 9, 2005, in the Central District of California captioned *United States of America ex rel Douglas Farrow, et al. v. Trelleborg, AB et al.* (Case No. CV-05-00381-GW (SGLx). The Fifth Amended Complaint was unsealed by the Court on February 19, 2010. Plaintiffs in the Qui Tam Action allege anti-competitive conduct that is substantially similar to the conduct at issue in this case and involve mane of the same parties and co-conspirators. The Qui Tam Action arises from the same or closely related transactions, conduct or events; calls for the determination of similar questions of law and fact; and would entail duplication of judicial time and resources if heard by different judges.

This action is also related to the action filed on March 30, 2010, in the Central District of California captioned *Board of Trustees of the Galveston Wharves, et al. v. Trelleborg AB, et al.* (Case No. CV-10-2319-GW (FFMx)). Plaintiffs in the *Board*

*of Trustees of the Galveston Wharves* action allege anti-competitive conduct that is substantially similar to the conduct at issue in this case and involve many of the same parties and co-conspirators.  The case arises from the same or closely related transactions, conduct or events; calls for the determination of similar questions of law and fact; and would entail duplication of judicial time and resources if heard by different judges

The *Board of Trustees of the Galveston Wharves* case was recently transferred from Judge Fairbank to Judge Wu, and a status conference is currently set for June 14, 2010 at 8:30 a.m.  Plaintiff RDA Construction Corp. believes it would be beneficial for all parties if this case were transferred to Judge Wu in sufficient time for all parties to participate in the June 14, 2010 status conference.

Dated: May 12, 2010                         Respectfully submitted,

                                                /S/
                                       Andrew Esbenshade
                                       CALDWELL LESLIE & PROCTOR, PC
                                       1000 Wilshire Blvd., Ste. 600
                                       Los Angeles, CA 90017
                                       Tel: (213) 629-9040

                                       Charles E. Tompkins
                                       ctompkins@shulaw.com
                                       Todd S. Heyman
                                       theyman@shulaw.com
                                       **SHAPIRO HABER & URMY LLP**
                                       53 State Street
                                       Boston, MA 02109
                                       Tel: (617) 439-3939
                                       Fax: (617) 439-0134

                                       Paul Holtzman
                                       pholtzman@kb-law.com
                                       **KROKIDAS & BLUESTEIN LLP**
                                       600 Atlantic Avenue

CALDWELL
LESLIE &
PROCTOR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CALDWELL
LESLIE &
PROCTOR

        Boston, MA 02210
        Tel: (617) 482-7211
        Fax: (617) 482-7212

        *Attorneys for Plaintiff and the Proposed Classes*